**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **Cheryl Lynn, et al.,** | : | |
| **Plaintiffs,** | : | |
| **v.** | : | **Case No. 1:17-cv-146** |
| **HealthSource of Ohio Batavia OB/GYN, et al.** | : | **JUDGE Michael R. Barrett** |
| **Defendants.** | : | |

## AGREED ENTRY

Upon consent of the parties, and for good cause shown, this action is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction. Accordingly, Defendants' Motion to Dismiss (Doc. 3) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

 

 

   s/Michael R. Barrett
Michael R. Barrett, Judge
United States District Court

 

 

*/s/ David I. Shroyer*
David I. Shroyer (0024099)
Colley Shroyer & Abraham, LLC
536 South High Street
Columbus, OH 43215
T: (614) 228-6453
F: (614) 228-7122
E:  dshroyer@csajustice.com
*Trial Attorney for Plaintiffs*

BENJAMIN C. GLASSMAN
United States Attorney

*/s/ Matthew J. Horowitz (e-mail approval)*____
Matthew J. Horwitz (0082381)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
T: (513) 684-3711
F: (513) 684-6972
Email: Matthew.Horwitz@usdoj.gov
*Attorney for Defendant*
*United States of America*